```
Form 27 - GENERAL PURPOSE
         MAYERSON & ASSOCIATES
         ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK  COUNTY
------------------------------------------------
                                                    Index No. 07 CV 7243
V.H.O/B/O J.H.                      plaintiff
                                                    Date Filed  ............
          - against -
                                                    Office No.
NEW YORK CITY DEPARTMENT OF            defendant
EDUCATION, DISTRICT 3 REGION 10                     Court Date:   / /
------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**JOEL GOLUB**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the **15th  day of August, 2007**      at  **03:14 pm.,**                at
    **%MICHAEL A.CORDOZO, ESQ.C.N.Y LAW DEPT**
    **100 CHURCH ST, 4TH FL.NEW YORK, NY 10007**
I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION, DISTRICT 3 REGION 10**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **MADELYN SANTANA, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**        COLOR: **BROWN**       HAIR: **BLACK**
    APP. AGE: **37**       APP. HT: **5:7**       APP. WT: **140**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
15th  day of  August, 2007tm

SAMSON NEWMAN
Notary Public, State of New York
   No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

JOEL GOLUB   701893
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA757666

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

V.H. o/b/o J.H.

**SUMMONS IN A CIVIL CASE**

V.

New York City Department of Education, District 3, Region 10

CASE NUMBER: 07 CV 7243

JUDGE STEIN

TO: (Name and address of defendant)

MICHAEL A. CARDOZO, ESQ. - CITY OF NEW YORK LAW DEPARTMENT
100 CHURCH STREET - 4TH FLOOR
NEW YORK - NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MAYERSON & ASSOCIATES
330 WEST 38TH ST - SUITE 600
NEW YORK, NY 10018

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE: AUG 1 4 2007