



THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

EMILY SWEET
Tel: (212) 788-1171
Fax: (212) 788-8877
email: esweet@law.nyc.gov

September 4, 2007

**BY MESSENGER**
Hon. Sidney Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>V.H. o/b/o J.H. v. NYC Dept. of Educ</u>, 07 CV 7243 (SHS)

Dear Judge Stein:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York, attorney for defendants in the above-referenced case. I write, on behalf of defendants and with the consent of plaintiff's counsel, to request a thirty-day extension of time, until October 4, 2007, to respond to the complaint. Defendants' response would otherwise be due today. This is defendants' first request for an extension of time in this matter.

Thank you for your consideration.

Respectfully,

*Emily Sweet*

Emily Sweet
Assistant Corporation Counsel

cc:     Christine D. Thivierge, Esq. (by messenger)

SO ORDERED 9/5/07

SIDNEY H. STEIN
U.S.D.J.