

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

EMILY SWEET
Tel: (212) 788-1171
Fax: (212) 788-8877
email: esweet@law.nyc.gov

10/3/07

October 2, 2007

**BY FAX**
Hon. Sidney Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re: V.H. o/b/o J.H. v. NYC Dept. of Educ, 07 CV 7243 (SHS)

Dear Judge Stein:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York, attorney for defendants in the above-referenced case, which is an independent action for attorney's fees under the Individuals with Disabilities Education Improvement Act ("IDEIA").

The parties are actively pursuing settlement of this matter. Accordingly, I write, on behalf of defendants and with the consent of plaintiff's counsel, to request: (1) a thirty-day extension of time, until November 2, 2007, to respond to the complaint; and (2) that the initial conference ~~in this matter, presently scheduled for October 11, 2007, be~~ adjourned ~~until after November 3~~. to Nov. 16, 2007, at 11:00 a.m.

This is defendants' second request for an extension of time in this matter. The Court granted defendants' previous request, which was made by letter dated October 2, 2007.

Thank you for your consideration.

Respectfully,

Emily Sweet
Assistant Corporation Counsel

cc: Christina D. Thivierge, Esq. (by fax)

SO ORDERED: 10/3/07

[signed] Sidney H. Stein, U.S.D.J.