

RECEIVED
NOV 2 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/07

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

EMILY SWEET
Tel: (212) 788-1171
Fax: (212) 788-8877
email: esweet@law.nyc.gov

November 2, 2007

**BY FAX**
Hon. Sidney Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: <u>V.H. o/b/o J.H. v. NYC Dept. of Educ</u>, 07 CV 7243 (SHS)

Dear Judge Stein:

    I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York, attorney for defendants in the above-referenced case, which is an independent action for attorney's fees under the Individuals with Disabilities Education Improvement Act ("IDEIA").

    The parties have reached an agreement as to a settlement amount and are currently finalizing settlement papers. We expect to send a stipulation and proposed order of settlement and dismissal to the Court shortly. Accordingly, defendants respectfully request that their time to respond to the complaint be held in abeyance for 30 days, while the parties finalize settlement. Defendants' response to the complaint would otherwise be due today.

Respectfully,

*Emily Sweet*

Emily Sweet
Assistant Corporation Counsel

*[Handwritten note: Response to complaint extended to 11/30/07; pretrial conference set for 11/1, adjourned to 11/30/07, at 11:00 a.m.]*

cc: Christina D. Thivierge, Esq. (by fax)

SO ORDERED 11/2/07

*[signature]*
SIDNEY H. STEIN
U.S.D.J.